XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
KEVIN A. CALIA
Deputy Attorney General
NELSON R. RICHARDS
Deputy Attorney General
ALEXANDRA ROBERT GORDON
Deputy Attorney General
State Bar No. 207650
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5509
 Fax: (415) 703-5480
 E-mail:  Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant
Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **RYAN YOHN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**CALIFORNIA TEACHERS ASSOCIATION, et al.,**<br><br>                              Defendants. | 8:17-cv-00202<br><br>**ATTORNEY GENERAL'S JOINDER IN MOTION TO STAY PROCEEDINGS**<br><br>Date:  November 17, 2017<br>Time:  2:30 p.m.<br>Courtroom:  10A<br>Judge:  Hon. Josephine L. Staton |

1    Attorney General Xavier Becerra respectfully submits this joinder in the
2    Union Defendants' Motion to Stay Proceedings, ECF No. 150. As set forth by the
3    Union Defendants, *see* ECF No. 150-1, the Supreme Court's decision in *Janus v.*
4    *AFSCME*, Council 31, No. 16-1466, is likely to provide significant guidance, if not
5    rulings of law, that will materially impact this litigation. Accordingly, a stay of
6    these proceedings pending resolution in *Janus* will prevent the Court and the parties
7    from spending time and resources addressing issues and matters that may be
8    rendered unnecessary by the determination of the Supreme Court. While a stay will
9    not prejudice plaintiffs, requiring the parties to litigate a case that could be
10   narrowed, if not resolved, by the Court's decision in *Janus*, and without the
11   guidance provided by the Court in that decision, will cause considerable hardship
12   and inequity to defendants. A stay also serves the interests of judicial economy and
13   efficiency and promotes the "orderly course of justice." *See Landis v. North Am.*
14   *Co.*, 299 U.S. 248, 254 (1936); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir.
15   1962).

Dated: October 4, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
KEVIN A. CALIA
Deputy Attorney General
NELSON R. RICHARDS
Deputy Attorney General

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendant*
*Attorney General Xavier Becerra*